David ECHEVERRIA, Individually and as Child and Administrator of the Estate of Donna Day, Deceased

v.

Thomas HOLLEY, Renee Holley, and Toby Holley

v.

William Mearkle and Kimberly Mearkle

Petition of: Thomas Holley, Renee Holley, and Toby Holley

Robin R. Vineyard, Individually and as Spouse and Administrator of the Estate of Tara D. Vineyard, Deceased

v.

Thomas Holley, Renee Holley, and Toby Holley

v.

William Mearkle and Kimberly Mearkle

Petition of: Thomas Holley, Renee Holley, and Toby Holley

Elpidio Santiago Ramirez, Individually and as Parent and Administrator of the Estate of Andre Ramirez, Deceased

v.

Thomas Holley, Renee Holley and Toby Holley

v.

William Mearkle and Kimberly Mearkle

Petition of: Thomas Holley, Renee Holley, And Toby Holley

No. 356 WAL 2016
No. 357 WAL 2016
No. 358 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Khalil SMITH, Petitioner

No. 499 EAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is DENIED.